**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RIGHT TO LIFE OF IDAHO, INC. _____ RIGHT TO LIFE OF IDAHO, INC., Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE, Respondent, LOURDES MATSUMOTO; et al., Real Parties in Interest. | No. 26-346 D.C. No. 1:23-cv-00323-DKG District of Idaho, Boise ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

The motion (Docket Entry No. 9) for a stay is denied as moot.

**DENIED.**